IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL GOLDEN,**

    **Plaintiff,**

**vs.**                                                     **CASE NO. 4:05CV435-MMP/AK**

**LEON COUNTY SHERIFFS**
**OFFICE, et al,**

    **Defendants.**

    _____/

## REPORT AND RECOMMENDATION

In an order dated December 2, 2005, Plaintiff was granted leave to proceed without prepayment of court costs. (Doc. 4). This Order was returned as undeliverable with nor forwarding information provided. (Doc. 5). The Clerk was unable to locate any address for Plaintiff in the DOC or BOP databases. (Doc. 5). Consequently, there is no way for this Court to communicate with Plaintiff about his case and he has not advised the Court of his current address or otherwise communicated with the Court about this case since the complaint was filed on November 17, 2005.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to advise the Court of his new address and there is no way for this Court to communicate with him about his case.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this *13th* day of February, 2006.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:05cv435-MMP/AK